Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law to AMELIA FRIDAY, Widow, and Two Minor Children, Respondents, for the Death of WILLIAM FRIDAY, v. GALUSHA STOVE COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Motion denied.